UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIRO ESPARZA,<br><br>  Petitioner,<br><br>  v.<br><br>STU SHERMAN, Warden,<br><br>  Respondent. | No. 2:17-cv-0850-JAM-EFB P<br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because petitioner challenges a sentence imposed by the Fresno County Superior Court, petitioner should have commenced this action in the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal., Local Rule 120(d). When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno.

2. The Clerk of Court shall assign a new case number.

/////

/////

/////

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 9, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2